UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FERNANDO R.,

Plaintiff,

v.

No. 5:26-CV-047-H

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant Fernando Ramirez's motion for attorney's fees under the Equal Access to Justice Act. Dkt. No. 22; *see* 28 U.S.C. § 2412(d). The FCR further recommended that the Court order the Commissioner of Social Security to make the check payable to Ramirez and mail the check to Ramirez's attorney's address. Dkt. No. 22 at 3. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's FCR only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed Judge Horan's FCR for plain error. Finding none, the Court accepts and adopts the FCR. Ramirez's motion for attorney's fees under the Equal Access to Justice Act is granted. Further, the Commissioner is ordered to make the check payable to Ramirez and mail the check to Ramirez's attorney's address.

So ordered on October 8, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE